■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD CAMPBELL, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered June 27, 1983, convicting him of burglary in the third degree and petit larceny, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The evidence proved beyond a reasonable doubt that defendant committed the acts of which he was convicted (see *Jackson v Virginia,* 443 US 307; *People v Kennedy,* 47 NY2d 196).

We have considered defendant's other contentions and find them to be without merit. Thompson, J. P., O'Connor, Neihoff and Boyers, JJ., concur.